391 A.2d 704

Commonwealth v. White, Appellant.

Submitted June 13, 1977. Herbert L. Floum, for appellant; Abraham J. Gafni, Deputy District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 704

Commonwealth v. Williams, Appellant.

Argued November 23, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., concurred in the result.

WATKINS, former P. J., did not participate in the consideration or decision of this case.